Form Date: **05-25-21**        [Amended]
Debtor[s] __Amaya, Armando and Jennifer__                             Case No. __22-11535_____

# Liquidation Analysis Worksheet

**1.] Calculation of Net Liquidation Amount**
Real Estate [**Schedule A** [**Part 1**] or BPO which has to be within 2 years]
[1] __430,000__      [2] _____    [3] _____    [4] _____
Market Value [MV] of the Real Estate less 10% [6% Sales Commission = 4% closing cost [MV x .90] = **a**
[1] __387,000__      [2] _____    [3] _____    [4] _____
**Exemption of Real Estate [Schedule C] = b**
[1] __35,000__       [2] _____    [3] _____    [4] _____
Less: Mortgage[s] [MTG] on Real Estate [**Schedule D**] = **c**
[1] __355,151__      [2] _____    [3] _____    [4] _____
**a** minus **b**, minus **c** = **d** [**Lines 1 thru 4**]
[d1] _____  [d2] _____   [d3] _____  [d4] _____
**Add lines d1, d2, d3 & d4 = [1]** ================================================ [1] = __0_____

**2.] Calculation of Net Liquidation on succession**
See Value listed on **Schedule B** [**Part 4**] Line 32]
This Value is obtained from the Form Titled "Valuation of succession Property"       [2] = __7,888.50__

**3.] Calculation of Net Liquidation on Remaining Assets [Schedule B [Part 2, 3, 4, 5, 6 & 7]**
**Part 2-Line 3:** [Car, Vans, Trucks, Sport Utility Vehicles, Motorcycles [M/C]

|             | [Schedule B] | Less Exemption [Schedule C] | Minus MTG [Schedule D] | Total Amount |
|---|---|---|---|---|
| Year 2020   | $ 17,000     | $ 7,500                     | $                      | = [e] $ 9,500 |
| Year 2017   | $ 25,500     | $                           | $ 9,540                | $ 15,960 |
| Year 2015   | $ 9,000      | $                           | $                      | $ 9,000 |

**Part 2-Line 4:** [Watercraft, aircraft, motor homes, ATV's & other recreational vehicles/other vehicles/accessories]
Year 1997   $ 4,000      $ _____   $ _____   = [f] $ 4,000
Year ____   $ _____ $ _____   $ _____   $ _____

**Part 3: Lines 6 thru 14** [Describe your Personal & Household Items]
          $ 7,600       $ 7,200              $ _____   = [g] $ 400

**Part 4: Lines 16 thru 35** [Describe your financial Assets. ** <u>DO NOT INCLUDE #32</u>] **
          $ 270         $ _____    $ _____   = [h] $ 270

**Part 5, 6 & 7: Lines 37 thru 53** [Describe any Business, Any Farm & Commercial Fishing-Related Property you own or have interest in or Interest in that you did not list]
          $ _____  $ _____    $ _____   = [i] $ _____
          $ _____  $ _____    $ _____   = [j] $ _____
          $ _____  $ _____    $ _____   = [k] $ _____

Line Total of: [e, f, g, h, i, j, & k] = **Line [3]**                         [3] = __39,130__

**Total of Net Liquidation of Estate**: [Add #'s 1, 2, & 3] = **Line [4]**      [4] = __47,018.50__
Less the Trustee Fee
25% of the First $5,000.00                                                   [l] $ __1,250__
10% of the First $5,000.01 to $50,000.00                                      [m] $ __4,201.85__
 5% of the First $50,000.01 to $999,999.99                                    [n] $ __0__
Reasonable compensation not to exceed 3% of the amount over $1,000,000.00     [o] $ __0__
Line [l, m, n, & o] = **Line [5]**                                            [5] = < __5,451.85__ >
Line 4 minus Line 5 = **Line [6]**                                            [6] = __41,566.65__
Line 6 [times .99] for Administrative expense = **Line 7**                    [7] = __41,150.98__
**If Line 7 is less than $1,500.00 the Liquidation is Zero. [If it's more than $1,500.00 Precede]**
Line 7 less Priority debts [**Schedule E**] $ __6,342.41__ = **Line [8]**     [8] = __34,809__
**Discount Rate 0% [Line 9 will be eliminated]**                              [9] = _XXXXXXXXXXX_

06/21/18

## Valuation of Succession Property

MKV Value of Property  120,000

MKV less 10% (6% sales commission plus 4% closing cost) [MV X .90]    X .90

New Value  108,000

Less Homestead exemption (If the surviving spouse lives in property) < 35,000 >

New Value  73,000

Less Mortgage    0

New Value  73,000

Less $3000.00 cost of succession    < $3000.00 >

New Value  70,000

X=[Times] PV of Life Usufruct (See attached)    X . 225392

A=New Value  15,777

Divide by number of siblings (living & deceased) (__) X 2 =
(Only if surviving spouse) OR
If no surviving spouse divide by only the number of siblings    B= 2
(living & deceased)

C=New Value  7,888.50

(A ÷ B) = C

Show this amount on line 32 Schedule B