## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ARMANDO AMAYA, III | CASE NO. 22-11535 |
| JENNIFER ORREGO AMAYA | SECTION "A" |
| DEBTORS | CHAPTER 13 |

### OBJECTION TO CHAPTER 13 PLAN

**COMES NOW**, through undersigned counsel, Nationstar Mortgage LLC ("Creditor"), a secured creditor, who objects to the debtor(s) Chapter 13 Plan on the following grounds:

1.

The Plan is contrary to the provisions of 11 U.S.C.A. §1325(a)(5)(B)(ii), because the Plan fails to provide Creditor the value, as of the effective date of the Plan, of property to be distributed under the Plan, on account of Creditor's secured claim, which is not less than the allowed amount of Creditor's secured claim.

2.

Creditor is the holder in due course and for valuable consideration of a Promissory Note and Mortgage, dated October 2, 2020, in the principal sum of THREE HUNDRED SIXTY-EIGHT THOUSAND FIVE HUNDRED EIGHTY-EIGHT AND 00/100 ($368,588.00) DOLLARS, bearing interest at the rate of 3.375% per annum, and executed by the debtor(s). Upon information and belief, the Mortgage affects only immovable property constituting the debtor(s) principal residence.

3.

The debtor(s) proposed *Chapter 13 Plan* provides that Creditor receive its regular monthly payments direct and outside the *Chapter 13 Plan* from the debtor(s), with ongoing monthly installment, stated to be TWO THOUSAND SIX HUNDRED AND 00/100 ($2,600.00)

DOLLARS. However, there is no provision for the payment of pre-petition arrearages existing on the debtor(s) account.

4.

Creditor objects to the understatement in pre-petition arrearages as contained in the debtor(s) *Chapter 13 Plan*. Creditor alleges that the correct amount of pre-petition arrearages existing on the debtor(s) account with Creditor, on the date of filing the instant bankruptcy proceedings, was the sum of THREE THOUSAND SIX HUNDRED ONE AND 54/100 ($3,601.54) DOLLARS.

5.

Creditor respectfully requests that the debtor(s) *Chapter 13 Plan* be amended to provide for the payment of the correct amount of pre-petition arrearages.

**WHEREFORE, CREDITOR PRAYS** that confirmation of the debtor(s) Chapter 13 Plan be denied and that this case be dismissed or converted to a case under Chapter 7 of the Bankruptcy Code, or alternatively, that the debtor(s) plan be amended to cure the foregoing objections.

Baton Rouge, Louisiana, this 4th day of January, 2023.

RESPECTFULLY SUBMITTED:

LAW OFFICES OF HERSCHEL C. ADCOCK, JR.
BY: /S/ HERSCHEL C. ADCOCK, JR.
HERSCHEL C. ADCOCK, JR., LBRN: 17903
STACY C. WHEAT, LBRN: 19826
P. O. BOX 87379
BATON ROUGE, LA  70879-8379
PHONE: (225) 756-0373
OUR FILE: 42869.B

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ARMANDO AMAYA, III | CASE NO. 22-11535 |
| JENNIFER ORREGO AMAYA | SECTION "A" |
| DEBTORS | CHAPTER 13 |

### CERTIFICATE OF SERVICE

I, Herschel C. Adcock, Jr., do hereby certify that on the 4th day of January, 2023 that I did cause this **Objection to Chapter 13 Plan** to be delivered to all interested parties of record described below by the following method:

*Placing a copy in the US mail, properly addressed & postage prepaid.*

**Armando Amaya, III**
**Jennifer Orrego Amaya**
1833 Wedgwood Drive
Harvey, LA 70058

*Confirming that the Clerk of Court has transmitted, or by personally transmitting a copy of this pleading by attaching it in PDF format to electronic mail that was sent to the appropriate email address identified by the interested party.*

**David M Serio**, Attorney for Debtor(s)
dserio@derbeslaw.com

**S. J. BEAULIEU, JR.;** Chapter 13 Trustee
ecf@ch13no.com

**U.S. Trustee;** Office of U. S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

Baton Rouge, Louisiana, the 4th day of January, 2023.

BY: /S/ HERSCHEL C. ADCOCK, JR.
HERSCHEL C. ADCOCK, JR.