IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE : | * | CASE NO. 22-11535 |
| ARMANDO AMAYA, III | * | SECTION A |
| JENNIFER O. AMAYA | | |
| DEBTORS | * | CHAPTER 13 |

* * * * * * *

**OPPOSITION TO**
**MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY**
**LOCATED AT 1833 WEDGEWOOD DR., HARVEY, LA 70058**

**NOW INTO COURT**, through undersigned counsel, comes Armando Amaya, III. and Jennifer O. Amaya ("Debtors"), who respectfully request that the Court deny the *Motion for Relief From Automatic Stay as to the Property Located at 1833 Wedgewood Dr., Harvey, LA 70058* [ECF Doc. 45] ("Motion for Relief From Stay") for the following reasons:

1.

On June 30, 2023, NationStar Mortgage filed the *Motion for Relief From Stay* asserting that the Debtor did not make the May 2023 and June 2023 payments totaling $5,082.82. The Debtor admits that the May payment was not made timely because the Debtor was out of the Country, but the Debtor paid the May and June payment on June 23, 2023 in the amount of $5,082.82, one week before the *Motion for Relief From Stay* was filed. Thus, as of the date the *Motion for Relief from Stay* was filed, there were no payments due to NationStar and the Debtor was current on all payments.

2.

On June 30, 2023, undersigned counsel promptly notified counsel for NationStar that the Debtor's made the payments on June 23, 2023 and were current on all payments. Counsel for NationStar explained to undersigned counsel that she sent a request to NationStar for an updated

list of payments, but has not confirmed to undersigned counsel whether NationStar still asserts a payment is due.

3.

To further complicate matters, NationStar recently transferred the claim to Select Portfolio Servicing, Inc. *See* Transfer of Claim [ECF Doc. 52].

4.

The Debtors are willing to pay any amount that is necessary to bring the mortgage current, however, the Debtors believe they are current on all payments and the *Motion for Relief from Stay* should be denied. In the alternative, the Debtors request that Select Portfolio Servicing, Inc. provide the Debtors with an accounting of payments made from December 2022 to date, so that the Debtors can compare that information to their records and identify if in fact any amount is due to Select Portfolio Servicing, Inc.

**WHEREFORE**, the Debtors pray that the *Motion for Relief from Stay* **[P-45]** be denied, or alternatively continued to a date after Select Portfolio Servicing, Inc. provides Debtors with an accounting of payments made by Debtors between December 2022 to present.

And for all general and equitable relief as the nature of the case may permit

Respectfully Submitted,

THE DERBES LAW FIRM, LLC

*/s/ Frederick L. Bunol*
FREDERICK L. BUNOL (29,111)
3027 Ridgelake Drive
Metairie, LA 70002
Phone: (504) 837-1230
Facsimile: (504) 832-0327
Email: Fbunol@derbeslaw.com
*Attorney for Debtors*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2023, a copy of the foregoing was served on Elizabeth Crowell Price counsel for Nationstar Mortgage, LLC via email at elizabeth.price@ms.creditorlawyers.com and all counsel of record through the Court's ECF System, as set forth below.

Herschel C. Adcock, Jr. on behalf of Creditor Nationstar Mortgage LLCbknotices@hca.law
S. J. Beaulieu, Jr.ecf@ch13no.com
Office of the U.S. TrusteeUSTPRegion05.NR.ECF@usdoj.gov

                                            */s/ Frederick L. Bunol*
                                            FREDERICK L. BUNOL