UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: ARMANDO AMAYA             CASE NO. 22-11535
JENNIFER AMAYA

DEBTORS                          CHAPTER 13

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EX PARTE MOTION FOR CONTINUANCE OF THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Select Portfolio Servicing, Inc. ("Movant") a secured creditor, respectfully moves the Court to grant the motion for continuance of the motion for relief ex parte based on the following representations:

1.

The Court has jurisdiction to grant the relief pursuant to Section 362 of the United States Bankruptcy Code.

2.

On June 30, 2023, Counsel for Movant filed a Motion for Relief from Stay **(P-45)**, providing notice that hearing ("Hearing") will be held on the motion of Movant for relief from the automatic stay to permit judicial enforcement of its Mortgage encumbering a property with a municipal address of 1833 Wedgwood Drive, Harvey, Louisiana 70058.

3.

Hearing is scheduled for September 25, 2023 at 1:00 P.M.

4.

Creditors' Counsel and Debtor's Counsel are in agreement in regard to the continuance.

WHEREFORE, Movant, respectfully prays that the Court grant a continuance for the motion, rescheduling the hearing for October 25, 2023.

Respectfully submitted,

/s/ C. Conway Bellone
JACKSON & MCPHERSON, L.L.C.
Cris Jackson, Bar No. 20876
C. Conway Bellone, Bar No. 39801
935 Gravier Street, Suite 1400
New Orleans, Louisiana 70112
(504) 581-9444 PHONE
(504) 588-2888 FAX

Attorney for Movant

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISANA

IN RE: ARMANDO AMAYA                         CASE NO. 22-11535

JENNIFER ORREGO AMAYA

DEBTORS                                      CHAPTER 13

---

### CERTIFICATE OF SERVICE

I certify that a copy of the Ex Parte Motion for Continuance of the Motion for Relief from the Automatic Stay of Select Portfolio Services, Inc. ("Movant") has been served on the Debtor at the address listed below by United States Mail, postage prepaid, and to Debtor's Counsel, the Chapter 13 Trustee and the U.S. Trustee electronically, through CM/ECF on September 21, 2023.

Armando Amaya
Jennifer Orrego Amaya
1833 Wedgwood Drive
Harvey, Louisiana 70058

Frederick L. Bunol, Counsel for Debtor
fbunol@derbeslaw.com

S. J. Beaulieu, Jr., Chapter 13 Trustee
ecf@ch13no.com

Office of the U.S. Trustee
USTPRegion05.NR.EFC@usdoj.gov

/s/ C. Conway Bellone
C. Conway Bellone (No. 39801)