UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ARMANDO AMAYA<br>JENNIFER AMAYA | CASE NO. 22-11535 |
| DEBTOR (S) | SECTION A |
| | CHAPTER 13 |

## ORDER

Considering the Ex Parte Motion of Select Portfolio Servicing, Inc. for continuance of the hearing on its Motion for Relief from Stay [ECF No. 59]; and applicable law;

**IT IS ORDERED** that the Motion to Continue is granted and the hearing on the Motion for Relief from Stay, filed by Select Portfolio Servicing, Inc., [ECF No. 45] and the Opposition filed by the Debtor [ECF No. 53] currently scheduled for September 25, 2023 is continued to **MONDAY, NOVEMBER 6, 2023 at 2:30 P.M**. **The parties shall participate by phone and dial in at 1(504)517-1385, Access Code: 129611.**

**IT IS FURTHER ORDERED** that the automatic stay is in full force and effect until further Order of the Court.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to the effect within three (3) days.

New Orleans, Louisiana, September 22, 2023.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE