# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § § | CASE NO: 22-11535 |
| ARMANDO AMAYA, III & § JENNIFER ORREGO AMAYA, § § | CHAPTER 13 |
| § | SECTION A |
| DEBTORS. § | |

## ORDER

Before the Court is the *Notice To Withdraw Motion for Relief from Automatic Stay* (the "Notice"), [ECF Doc. 68], filed by Select Portfolio Servicing, Inc. (the "Creditor")—transferee of Claim No. 12 filed by Nationstar Mortgage LLC (the "Transferor")—requesting that the Court withdraw the *Motion for Relief from Automatic Stay as to the Property Located at 1833 Wedgwood Dr, Harvey, LA 70058* (the "Motion"), [ECF Doc. 45], filed by Transferor.

**IT IS ORDERED** that the Motion is hereby **WITHDRAWN**.

**IT IS FURTHER ORDERED** that the Creditor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, January 22, 2024.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE